UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-mc-00002-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| FABER et al | |

## ORDER REQUIRING WELLS FARGO TO MAKE INTERIM DISTRIBUTION OF MINIMUM REQUIRED FOR 2021, TO BE HELD IN ESCROW

In order to prevent the wasting of assets, and because preventing such waste is in the interest of both the Government and Ms. Faber, the parties' joint motion is granted authorizing and requiring Wells Fargo Advisors to make the required minimum distributions for 2021 in the amount of $19,347.11 from Ms. Faber's Wells Fargo Individual Retirement Account ending in 8470 and $13,382.18 from Ms. Faber's Individual Retirement Account ending in 8742 to be paid, less applicable withholdings, to the law firm of Cheshire Parker Schneider, PLLC, of Raleigh, North Carolina.

These funds are to be held by Cheshire Parker Schneider, PLLC, in escrow pending resolution of Ms. Faber's challenge to the Writ of Garnishment issued to Wells Fargo Advisors. Cheshire Parker Schneider, PLLC, is to hold the funds in escrow pending resolution of Ms. Faber's challenge to the garnishment and report to the Court, within 10 days of any distribution, the amount of the distribution and the total amount of funds held in escrow from Ms. Faber's IRA accounts.

SO ORDERED, this **22** day of December 2021.

JAMES C. DEVER, III
United States District Judge